450 A.2d 1036

Commonwealth v. Hardy, Appellant.
Petition for Allowance of Appeal
Denied Dec. 22, 1982.

Submitted January 7, 1982. Ronald F. O'Driscoll, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.